968

No. 959, Misc. SWEET v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 963, Misc. MARNOCH v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 964, Misc. MITCHELL v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 966, Misc. BALSZ v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 967, Misc. STRAUSS v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 972, Misc. MALONE v. CROUSE, WARDEN. C. A. 10th Cir. Certiorari denied.

No. 974, Misc. VATELLI v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 975, Misc. ESPARZA v. NELSON, WARDEN. Sup. Ct. Cal. Certiorari denied.

No. 980, Misc. GILLESPIE v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Solicitor General Griswold* for the United States.

No. 986, Misc. DUTCH v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.